UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEVEN KIDERLEN, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 4:09CV01178 ERW |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

**IT IS HEREBY ORDERED** that movant's motion to proceed in forma pauperis [#2] is **GRANTED**.

Dated this 29th Day of July, 2009.

_E. Richard Webber_
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE